Case 4:17-cv-02584 Document 27 Filed on 07/12/19 in TXSD Page 1 of 1
Case 4:17-cv-02584 Document 25-1 Filed on 06/28/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARDO ESPARZA, on Behalf of Himself and on Behalf of All Others Similarly Situated | § § § § | CIVIL ACTION NO. 4:17-cv-2584 |
| Plaintiff, | § § | |
| V. | § § | |
| ARANDAS BAKERY NO. 4, INC., | § § § | |
| Defendants. | § § | |

**ORDER ADOPTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On this day came to be considered the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii). Based upon the Stipulation, the Court orders that this action be, and the same hereby is, dismissed with prejudice with all Parties to bear their own attorney's fees and court costs in accordance with the Parties' settlement agreement.

SIGNED ON  12 July , 2019.

_____
JUDGE PRESIDING